# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Charles David Sackett,                                    Civil No. 13-cv-1218 (ADM/TNL)

    Plaintiff,

v.                                                                            **ORDER**

Jeff Singer and Steven Buswell,

    Defendant.

---

Charles David Sackett, 8095 West Sixth Street, Minnesota City, MN 55959 (pro se Plaintiff); and

Hannah Okins and Leonard J. Schweich, Jardine Logan & O'Brien, PLLP, 8519 Eagle Point Boulevard, Suite 100, Lake Elmo, MN 55042 (for Defendants).

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated June 1, 2015 [Docket No. 28], along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

1. Defendants Singer and Buswell's Motion for Summary Judgment [Docket No. 21] is **GRANTED.**

2. This action is **DISMISSED WITH PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: July 7, 2015
                                                s/Ann D. Montgomery
                                                The Honorable Ann D. Montgomery
                                                United States District Court Judge
                                                for the District of Minnesota